H-23-1471

III. Statement of Claim Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

3-THE CITY OF ROSENBERG IS THE IS THE SUPERVISORY ARM OF THE POLICE DEPARTMENT THAT IS RESPONSIBLE FOR THE DEATH OF TORY CASEY, MY SON. THIS OCCURRED ON APRIL 23, 2021.

4-RASHIDA FERGUSON LIED TO THE POLICE WHICH LED TO THE UNJUST SHOOTING THAT LED TO THE DEATH OF TORY CASEY. THIS OCCURRED ON APRIL 23, 2021.

United States Courts
Southern District of Texas
FILED

APR 21 2023

Nathan Ochsner, Clerk of Court